## DAY v. SUPERINTENDENT OF CLIFTON T. PERKINS STATE HOSPITAL

[App. No. 144, September Term, 1965.]

*Decided June 8, 1966.*

Before HAMMOND, MARBURY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons set out in the opinion of Judge Jones in the lower court.

*Application denied.*